Appeal from Special Term, New York County. Action by the Excello Arc Lamp Company against George W. Armstrong and others. From an order granting a temporary injunction, defendants appeal. Reversed, and motion for temporary injunction denied. Antonio Knauth, for appellants. George C. Lay, for respondent.

PER CURIAM. The right of the plaintiff to the relief sought is not so clearly established by the evidence herein as to justify the issuance of a temporary injunction. The order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

FARJEON v. INDIAN TERRITORY ILLUMINATING OIL CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Albert Farjeon against the Indian Territory Illuminating Oil Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs unless appellant comply with terms stated in order. Order filed. See, also, 146 App. Div. 23, 130 N. Y. Supp. 532.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order enjoining William J. Dreeland from trafficking in liquors contrary to the provisions of the Liquor Tax Law. No opinion. Motion for stay granted, on condition that the appellant perfect his appeal, place the cause on the present calendar of this court, and be ready for argument when reached; otherwise motion denied, with $10 costs. See, also, 135 N. Y. Supp. 869.

FARNHAM, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Stephen H. Farnham, as administrator, etc., of Stephen H. Farnham, deceased, against Thomas E. Clark and Theodore F. Miller, as executors, etc., of Mary F. Farnham, deceased. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to answer upon payment of costs within 20 days. Reargument denied, infra.

FARNHAM, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Stephen H. Farnham, as administrator, etc., against Thomas E. Clark and another, as executors, etc. No opinion. Motion for reargument denied, with $10 costs. For former decision, see supra.

FARONE, Respondent, v. MENDELSOHN, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Nicholas J. Farone against Julius Mendelsohn. No opinion. Order affirmed, with $10 costs and disbursements.

FARRAR v. KINGSLEY et al. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Melville Farrar against Avery W. Kingsley and others.

PER CURIAM. It appearing that there are not four Justices qualified to sit in the case, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 126 N. Y. Supp. 584.

McLENNAN, P. J., and SPRING, J., not sitting.

FEARON et al., Appellants, v. PUTNAM-HOOKER CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by James S. Fearon and others against the Putnam-Hooker Company. H. C. Smyth, for appellants. E. G. Stevens, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re FENNELLY. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) In the matter of Philip V. Fennelly, an attorney and counselor at law. No opinion. Report of referee confirmed, and the said Philip V. Fennelly disbarred, and his name stricken from the roll of attorneys and counselors at law. See, also, 134 N. Y. Supp. 1132.

FERGUSON et al., Respondents, v. OLIVER, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Kenneth J. Ferguson and another against Jacob V. Oliver. No opinion. Judgment modified, by reducing the amount thereof by the sum of $27.21, being amount of interest added by the court, and, as so modified, affirmed, without costs of appeal.

FIRST NAT. BANK OF CITY OF BROOKLYN, Respondent, v. JENKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by the First National Bank of the City of Brooklyn against John G. Jenkins, Jr., and others, as executors, etc., and another. No opinion. Judgment affirmed, with costs. See, also, 73 Misc. Rep. 277, 130 N. Y. Supp. 947.

FIRST NAT. BANK OF FULTON, Respondent, v. CULLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by the First National Bank of Fulton, N. Y., against Richard J. Cullen. No opinion. Judgment affirmed, with costs.

FITZPATRICK, Respondent, v. BOCKIUS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Mary A. Fitzpatrick against Morris R. Bockius and others, as executors. H. K. Stockton, for appellants. H. H. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.